# Court of Appeals
# of the State of Georgia

ATLANTA, September 25, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0036. CASSAUNDRA BLANCHARD v. MITCHELL DAVID FOWLER.**

Michell David Fowler filed a petition against Cassaundra Blanchard seeking primary custody of their minor daughter.  The trial court entered judgment in favor of Fowler, and Blanchard filed motions for post-judgment relief, including a new trial.  The trial court denied the motions, after which Blanchard filed this application for discretionary appeal.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases including . . . awarding or refusing to change child custody" are directly appealable.  A party seeking to challenge an order in a child custody case, therefore, may file a direct appeal.  See *Cohen v. Cohen*, 300 Ga. App. 7, 8 (1) (684 SE2d 94) (2009); *Taylor v. Curl*, 298 Ga. App. 45 (679 SE2d 80) (2009).  We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Blanchard shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, she has already filed a notice of appeal, she need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 09/25/2012
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*